# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

**FILED**
2008 MAY 21 P 2:49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Juan GARCIA-Cruz
(AKA)
Camiro GARCIA
Agustin Juan GARCIA-Cruz
Casimiro HERNANDEZ-Garcia

**CRIMINAL COMPLAINT**

**08-70298 - PVT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __April 29, 2008__, in __Monterey County__ In the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

In violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__5/21/08__ at __San Jose, California__
Date                                          City and State

Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE                    _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

RE: Juan GARCIA-Cruz                                                                    A74 094 362

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection (CBP) and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Juan GARCIA-Cruz, Also Known As (AKA) Agustin Juan GACIA-Cruz, Casimiro GARCIA and Casimiro HERNANDEZ-Garcia, is a 29 year-old married male, citizen and native of Oaxaca, Mexico, born on August 8, 1976 (an additional DOB includes: July 28, 1978), as substantiated by multiple sworn statements made to that effect by the DEFENDANT during an interviews conducted on the following dates: December 9, 1997, June 8, 2000 and again on May 16, 2008 by the DEFENDANT to Immigration Enforcement Agent (IEA) Joshua Arumbulo at DRO/ICE Sub-Office in San Jose, California;

(2) The DEFENDANT has been assigned Alien Registration number of A74 094 362, FBI number of 160887EB7, and California Criminal State ID Number of A27332006;

(3) On March 20, 1997, the DEFENDANT was determined to be unlawfully present in the United States by the EOIR Immigration Judge, Aurora, Colorado and ordered deported from the United States to Mexico. This occurred at the El Paso Port of Entry on March 25, 1997;

(4) On September 8, 1997, the DEFENDANT was convicted in the U.S. District Court of Florida/Middle District of Florida (TAMPA) of the following offense: BRINGING INTO THE UNITED STATES AND HARBORING ALIENS, a felony, in violation of Title 8 United State Code Section 1324 (F) and sentenced to eight (8) months imprisonment;

(5) On December 12, 1997, the DEFENDANT was determined to be unlawfully present in the United States by the District Director El Paso, Texas and ordered deported from the United States to Mexico. This occurred at the El Paso, Texas Port of Entry;

(6) On March 30, 2000, the DEFENDANT was convicted in the U.S. District Court of Nebraska/District of Omaha of the following offense: ILLEGAL ALIEN FOUND IN THE UNITED STATES FOLLOWING DEPORTATION, a felony, in violation of Title 8 United State Code Section 1326 and sentenced to forty-six (46) months imprisonment;

**RE:** Juan GARCIA-Cruz                                                                    A74 094 362

(7)  On June 21 2003, the DEFENDANT was determined to be unlawfully present in the United States by the District Director Eloy, Arizona and ordered deported from the United States to Mexico. This occurred at the El Paso, Texas Port of Entry;

(8)  On, May 12, 2008, the DEFENDANT was encountered by IEA Arumbulo, at the Santa Cruz County Jail and determined to be unlawfully present in the United States after a prior deportation. IEA Arumbulo then advised the DEFENDANT his **Miranda** rights in the Spanish language. After the reading of his **Miranda** rights, the DEFENDANT provided a written statement admitting alienage;

(9)  On May 16, 2008, the DEFENDANT provided his right thumb and right index fingers with his sworn statement. A latent print examiner with the Santa Clara County Sheriff's Department conducted a comparison of those same fingerprints on the copies of the executed Warrants of Deportation and his existing fingerprints on file. The latent print examiner determined that the fingerprints were identical and were those of DEFENDANT Juan GARCIA-Cruz, Also Known As(AKA) Agustin Juan GACIA-Cruz, Casimiro GARCIA and Casimiro HERNANDEZ-Garcia;

(10) The DEFENDANTS official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

RE: Juan GARCIA-Cruz                                                                A74 094 362

(11)   Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8, United States Code, Section 1326.

_____
Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 21 day of May, 2008

_____
Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE