No. CR-08 00348

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2008 MAY 28 P 2: 47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---

THE UNITED STATES OF AMERICA

vs.

JUAN GARCIA-CRUZ

---

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
Foreperson

Filed in open court this ___28___ day of ___May___

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ _____PVT_____

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2008 MAY 28 P 4 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-08 00348 JW HRL |
| Plaintiff, ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| v. ) | |
| JUAN GARCIA-CRUZ, ) | |
| Defendant. ) | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about April 29, 2008, the defendant,

JUAN GARCIA-CRUZ,

an alien, previously having been arrested and deported from the United States on or about March 20, 1997, December 12, 1997, and June 21, 2003, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United

//

INDICTMENT

1  States, in violation of Title 8, United States Code, Section 1326.

2

3  DATED: 5/28/08                                    A TRUE BILL.

4

5                                                     _____
                                                      FOREPERSON
6
   JOSEPH P. RUSSONIELLO
7  United States Attorney

8

9

10 _____
   DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office
11

12
   Approved as to form: _____
13                       SAUSA C. MANDELL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

---- OFFENSE CHARGED ----

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ JUAN GARCIA-CRUZ

2008 MAY 28 P 2:47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

CR - 08 00348 JW

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

---- DEFENDANT ----

HRL

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70298 PVT

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) CHAD MANDELL

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments: