UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** June 16, 2008
**Case No.:** CR- 08-00348 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** Lupita Arce (Spanish)

## TITLE

U.S.A. v. Juan Garcia-Cruz ( C)

**Attorney(s) for Plaintiff(s):** Chad Mandell
**Attorney(s) for Defendant(s):** Manuel Araujo

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Court set for the following pretrial and trial dates:

1. Final Pretrial Conference set for September 8, 2008 at 1:30 PM
2. Jury Selection set for September 16, 2008 at 9:00 AM

Time is excluded from June 16, 2008 through September 16, 2008 for continued efforts to resolve this matter short of trial.

**Last Date for Trial:** August 7, 2008.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: J. Younger