1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney

5

6     150 Almaden Boulevard
      San Jose, California 95113
      Telephone: (408) 535-5059

7     Facsimile:  (408) 535-5066
      Email: chad.mandell@usdoj.gov

8

   Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )    No.    CR 08 00348 JW
                                        )
15        Plaintiff,                    )    STIPULATION AND [PROPOSED]
                                        )    ORDER EXCLUDING TIME FROM JUNE
16     v.                               )    16, 2008 TO SEPTEMBER 16, 2008
                                        )    FROM THE SPEEDY TRIAL ACT
17  JUAN GARCIA-CRUZ,                    )    CALCULATION (18 U.S.C. §
                                        )    3161(h)(8)(A))
18        Defendant.                     )
                                        )
19  _____)

20

21       The parties stipulate that the time between June 16, 2008 and September 16, 2008 is excluded

22  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23  continuance would unreasonably deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25  ends of justice served by granting the requested continuance outweigh the best interest of the

26  //

27  //

28  //

1

1 | public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

2 | 18 U.S.C. §3161(h)(8)(A).

3 |

4 | DATED: June 16, 2008                              JOSEPH P. RUSSONIELLO
                                                      United States Attorney

5 |

6 |                                                   ___/s/_____

7 |                                                   CHAD M. MANDELL
                                                      Special Assistant United States Attorney

8 |

9 |                                                   ___/s/_____

10 |                                                  MANUEL U. ARAUJO
                                                      Attorney for Defendant

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

**ORDER**

2      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3   ORDERS that the time between June 16, 2008 and September 16, 2008 is excluded under the

4   Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5   continuance would unreasonably deny defense counsel reasonable time necessary for effective

6   preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7   the ends of justice served by granting the requested continuance outweigh the best interest of the

8   public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9   court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10  §3161(h)(8)(A).

11

12  IT IS SO ORDERED.

13  DATED:                                          _____

                                                 JAMES WARE
14                                               UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28